UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENAE MARIE SABOURIN,

        Case No. 12-12784

    Plaintiff,

        Paul D. Borman
        United States District Judge

v.

        Mark A. Randon
        United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION,
(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 9),
(3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 13),
and (4) REMANDING TO THE COMMISSIONER FOR FURTHER PROCEEDINGS

On April 10, 2013, Magistrate Judge Mark Randon issued a Report and Recommendation to grant Plaintiff's motion for summary judgment (ECF No. 9), deny Defendant's motion (ECF No. 13) and remand this matter to the Commissioner for further proceedings. (ECF No. 15, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's motion for summary judgment, DENIES Defendant's motion for summary judgment and REMANDS this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and

1

Recommendation.

IT IS SO ORDERED.

s/Paul D. Borman<br>
PAUL D. BORMAN<br>
UNITED STATES DISTRICT JUDGE

June 10, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 10, 2013.

s/Deborah R. Tofil<br>
Deborah R. Tofil