UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENAE MARIE SABOURIN,

                                                    Case No. 12-12784

                        Plaintiff,

                                                    Paul D. Borman
                                                    United States District Judge

v.

                                                    Mark A. Randon
                                                    United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

                        Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION,
(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 9),
(3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 13),
and (4) REMANDING TO THE COMMISSIONER FOR FURTHER PROCEEDINGS

On April 10, 2013, Magistrate Judge Mark Randon issued a Report and Recommendation

to grant Plaintiff's motion for summary judgment (ECF No. 9), deny Defendant's motion (ECF No.

13) and remand this matter to the Commissioner for further proceedings.  (ECF No. 15, Report and

Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections

from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the

Report and Recommendation, GRANTS Plaintiff's motion for summary judgment, DENIES

Defendant's motion for summary judgment and REMANDS this matter pursuant to sentence four

of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and

1

Recommendation.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

June 10, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 10, 2013.

s/Deborah R. Tofil
Deborah R. Tofil